UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODEON CAPITAL GROUP, LLC, MATHEW VAN ALSTYNE, and EVAN SCHWARTZBERG,<br><br>Petitioners,<br><br>-against-<br><br>BRET ACKERMAN,<br><br>Respondent. | Case No. 16-cv-00274(JSR)<br><br>**DECLARATION OF MARK D. KNOLL IN SUPPORT OF MOTION TO REMAND** |

**MARK D. KNOLL**, of full age, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the firm of Bressler, Amery & Ross, P.C., attorneys for Petitioners Odeon Capital Group, LLC, Mathew Van Alstyne, and Evan Schwartzberg (collectively "Petitioners"). I am fully familiar with the facts and circumstances of this matter. I make this Declaration in support of Petitioners Motion to Remand.

2. Attached hereto as Exhibit A is a true and correct copy of Respondent, Bret Ackerman's, Statement of Claim dated July 8, 2014, and letter serving same from the Financial Industry Regulatory Authority dated July 17, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of a Cigna Medical Claim Form dated August 13, 2014, signed by Respondent and stating an address of 60 East 8th Street, Apt. 21B, New York, New York.

4. Attached hereto as Exhibit C is a true and correct copy of the Award in FINRA Dispute Resolution Arbitration No. 14-02042 dated November 20, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of Petitioners' Petition to

3033491-1

Vacate an Arbitration Award filed on December 18, 2015, in the New York Supreme Court, New York County, Index No. 654302/2015.

  6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of Respondent's Amended Notice of Removal, filed on January 14, 2016.

Dated: New York, New York
    February 12, 2016

                 */s/ Mark D. Knoll*
                 **MARK D. KNOLL**

                 **BRESSLER, AMERY & ROSS, P.C.**
                 Attorneys for Petitioners

                 17 State Street
                 New York, New York 10004
                 (212) 425-9300
                 (212) 425-9337 (f)
                 mknoll@bressler.com